EDWARD R. LADEW et al., Respondents, *v.* JOHN W. HART, Late Sheriff of Albany County, et al., Appellants.

*Ladew* v. *Hart,* 8 App. Div. 150, affirmed.
(Argued January 11, 1898; decided January 25, 1898.)

APPEAL from a final judgment of the Supreme Court, entered September 12, 1896, upon a decision of the Appellate Division in the third judicial department affirming an interlocutory judgment in favor of plaintiffs entered upon a decision of the court overruling a demurrer to the complaint, on trial at Special Term.

*Isaac Lawson* for appellants.

*Charles E. Patterson* and *Alpheus T. Bulkeley* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT, J., absent.

———————

LA FAYETTE E. PRUYNE, as Trustee for the Benefit of Bondholders, Respondent, *v.* THE ADAMS FURNITURE AND MANUFACTURING COMPANY (LIMITED), THE CITIZENS' NATIONAL BANK, of Adams, N. Y., and MARTHA A. SINCLAIR, Appellants, et al.

*Pruyne* v. *Adams Furniture & Mfg. Co.,* 92 Hun, 214, affirmed.
(Submitted January 11, 1898; decided January 25, 1898.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered January 2, 1896, upon an order made December 26, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John Lansing* for appellants.

*Watson M. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., absent, and MARTIN, J., not sitting.